UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher M. Palermo</u>

              v.                              Civil No. 08-cv-139-PB

<u>Merrimack County Department of Corrections,
Superintendent, et al</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge James R. Muirhead dated September 17, 2008, no objection having been filed.

SO ORDERED.

October 12, 2008                      */s/ Paul Barbadoro*
                                            Paul Barbadoro
                                            United States District Judge

cc:    Christopher M. Palermo , Pro Se